1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         SOUTHERN DISTRICT OF CALIFORNIA
11
12   UNITED STATES OF AMERICA,        )   Case No.14cr3051 AJB
                                      )
          Plaintiff,                  )
13   v.                               )   ORDER AND JUDGMENT OF
                                      )   DISMISSAL WITHOUT
14   LORRAINE ESTHER GREIGO,          )   PREJUDICE
                                      )
15        Defendant.                  )   (Doc. No. 19)
                                      )
16   _____ )

17        Upon motion of the United States of America and good cause appearing,

18        IT IS HEREBY ORDERED that the Information in the above-entitled case be

19   dismissed without prejudice.

20

21   IT IS SO ORDERED.

22

23   DATED:  November 7, 2014

24                                     _____
                                       Hon. Anthony J. Battaglia
25                                     U.S. District Judge

26

27

28

I:\Chambers Battaglia\DJ CASES\2 Orders to be filed\14cr3051 dismissal.wpd          1                                              14cr3051